UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV - 8 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 4:18CR914 AGF/SPM ) |
| MICHAEL BALL-BEY, | ) ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 25, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**MICHAEL BALL-BEY,**

the Defendant herein, having been convicted previously in a Court of Law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about October 25, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**MICHAEL BALL-BEY,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled

substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about October 25, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**MICHAEL BALL-BEY,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about October 25, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**MICHAEL BALL-BEY,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT FIVE

The Grand Jury further charges that:

On or about October 25, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**MICHAEL BALL-BEY,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States; to wit: possession with intent to distribute fentanyl, as charged in Count Two herein, possession with intent to distribute cocaine base, as charged in Count Three herein, and possession with intent to distribute cocaine, as charged in Count Four herein.

 In violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JOHN T. BIRD, #37802MO
Assistant United States Attorney